1212

No. 82–5700. RUTHERFORD v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 82–5709. JESSEN v. CITY OF SPOKANE. Sup. Ct. Wash. Certiorari denied.

No. 82–5713. BROWN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5721. SHARRIEFF v. HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5723. ANDERSON v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 82–5734. STONE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 82–5739. DAY v. FRANZEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5743. MORENO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5753. MCCRUISTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5772. SHAFFER ET AL. v. BOARD OF SCHOOL DIRECTORS OF THE ALBERT GALLATIN AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5809. CUNNINGHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5816. HARRIS v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.